AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

JEFFREY W. TERRY )
)
)
)
*Petitioner* )
)
v. ) Case No. _____
AMY FRIZZELL ) *(Supplied by Clerk of Court)*
)
)
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Jeffrey Wiley Terry
   (b) Other names you have used: None
2. Place of confinement:
   (a) Name of institution: Lake Correctional Institution
   (b) Address: 19225 US Highway 27
   Clermont, Florida 34715
   (c) Your identification number: DC No. 963802
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☑ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Marion County Circuit Court, Ocala Florida
   (b) Docket number of criminal case: 2015-1222-CF, 2014-1120-CF, 2005-02-CF, 2005-01-CF,
   (c) Date of sentencing: 05/21/2014
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:

   (b) Docket number, case number, or opinion number:   2015-1222-CF, 2014-1120-CF, 2005-02, 2005-01-CF
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   The sentence imposed on May 21, 2014 sentencing the Petitioner to thirty (30) years in prison.

   (d) Date of the decision or action:   05/21/2014

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:   Fifth District Court of Appeal

       (2) Date of filing:   05/21/2014
       (3) Docket number, case number, or opinion number:   5D14-1896, 5D14-1897
       (4) Result:   Per Curiam Affirmed
       (5) Date of result:   07/31/2015
       (6) Issues raised:   The evidence was insufficent to find the Defendant in violation of probation.
       Material evidence was not timely turned over by the State prior to the hearing.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9.  **Third appeal**
    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes      ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☒ Yes      ☐ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes      ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes     ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   The Defendant is not in Federal custody.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes     ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes     ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application:  Emergency Petition for Writ of Habeas Corpus
(b) Name of the authority, agency, or court:  Marion County Circuit Court
(c) Date of filing:  03/26/2018
(d) Docket number, case number, or opinion number:  2005-01-CF, 2005-02-CF
(e) Result:  Denied
(f) Date of result:  05/21/2018
(g) Issues raised:  1) The Defendant's Dur Process rights were violated. The State failed to disclose the Amended Affidavit of Violation to the Defense prior to trial. 2) Due Process Violation
3) Judicial Vindictiveness
4) The sentencing guidelines scoresheet was incorrect

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The trial court violated the Defendant's Due Process rights

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The State failed to disclose to the Defense attorney Melanie Slaughter that an amended affidavit of violation of probation was filed prior to the evidentiary hearing. Defense counsel stated on the record that the Defendant was prejudiced because she did not receive the amended affidavit of violation prior to trial. Defense counsel stated to the trial court that she demanded discovery. The trial judge replied that "apparently it was overlooked" The trial court proceeded forward with the violation of probation in violation of the Defendant's Due Process rights

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes        ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: That the Defendant's conviction(s) be overturned based on a violation of Due Process and that he be ordered to be released from the Florida Department of Corrections.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

March 16, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/9/2020

Signature of Petitioner

Signature of Attorney or other authorized person, if any